**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Glorice Jean Knight                                          CHAPTER 13

                    Debtor(s)                                          BKY. NO. 20-10187 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                    Respectfully submitted,

                    **/s/James C. Warmbrodt, Esquire**
                    James C. Warmbrodt, Esquire
                    Attorney I.D. No. 42524
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    412-430-3594
                    jwarmbrodt@kmllawgroup.com