**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−10187−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Glorice Jean Knight
   407 Vermont Avenue
   Erie, PA 16505

Social Security No.:
   xxx−xx−3290

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Michael S. Jan Janin
Quinn Buseck Leemhuis Toohey & Kroto Inc
2222 West Grandview Boulevard
Erie, PA 16506−4508
Telephone number: 814−833−2222

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
June 16, 2020
02:00 PM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

CONFIRMATION HEARING DATE/TIME/LOC
June 16, 2020
02:00 PM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/26/20

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 20-10187-TPA
Glorice Jean Knight                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: mgut              Page 1 of 1              Date Rcvd: Mar 26, 2020
                            Form ID: rscCOVID       Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2020.
```
db             +Glorice Jean Knight,    407 Vermont Avenue,    Erie, PA 16505-2335
15212326       +Gerald J. Villella, Esquire,    900 State Street,   Suite 310,    Erie, PA 16501-1427
15212327       +Joseph Dudzinski,    3100 Connecticut Avenue,    Washington, DC 20008-5148
15212328       +KML Law Group PC,   Suite 5000, BNY Mellon Independence Ctr,    701 Market Street,
                 Philadelphia, PA 19106-1538
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2020 03:50:38      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
15212324       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 27 2020 03:51:27
                 Bayview Loan Servicing LLC,    4425 Ponce DeLeon,    5th Floor,   Coral Gables, FL 33146-1873
15218103        E-mail/Text: G06041@att.com Mar 27 2020 03:51:24      Directv, LLC,
                 by American InfoSource as agent,    PO Box 5072,   Carol Stream, IL  60197-5072
15212325       +E-mail/Text: bknotice@ercbpo.com Mar 27 2020 03:50:58      Enhanced Recovery Company,
                 P.O. Box 57547,   Jacksonville, FL 32241-7547
15212330        E-mail/Text: camanagement@mtb.com Mar 27 2020 03:49:45      M&T Bank,   One Fountain Plaza,
                 Buffalo, NY 14203
15212329        E-mail/Text: camanagement@mtb.com Mar 27 2020 03:49:45      M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240-1288
15212331        E-mail/Text: camanagement@mtb.com Mar 27 2020 03:49:45      M&T Bank,   P.O. Box 900,
                 Millsboro, DE 19966
15212332       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2020 03:49:17
                 Verizon,   500 Technology Drive,    Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T Bank
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Debtor Glorice Jean Knight mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 4
```