IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10187 JCM |
| | : | |
| GLORICE JEAN KNIGHT, | : | HONORABLE JOHN C. MELARAGNO |
|     Debtor. | : | |
| | : | CHAPTER 13 |
| GLORICE JEAN KNIGHT, | : | |
|     Movant, | : | |
| | : | |
|     v. | : | |
| | : | |
| NO RESPONDENT. | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

    __X__  The Debtor is not required to pay any Domestic Support Obligations.

    _____  The Debtor(s) is/are required to pay Domestic Support Obligations and the Debtors have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtor has not received a prior discharge in a bankruptcy case within the timeframes specified in Section 1328(f)(1) of the Bankruptcy Code.  Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On March 6, 2024, at Docket #34, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*):

__X__  Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

_____  Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: 03/07/2024          By: /s/ Glorice Jean Knight
                                Debtor, Glorice Jean Knight

Respectfully submitted,

THE QUINN FIRM

Dated:     03/07/2024       BY:  /s/ Michael S. Jan Janin
                                 Michael S. Jan Janin, Esquire
                                 PA Id. No. 38880
                                 2222 West Grandview Boulevard
                                 Erie, Pennsylvania 16506-4508
                                 Telephone: 814-833-2222, Ext. 1045
                                 Facsimile: 814-833-6753
                                 mjanjanin@quinnfirm.com
                                 Counsel for Debtor

1655917