Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Glorice Jean Knight** | : | Case No. 20−10187−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 42 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 4/24/25 at 02:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

   *AND NOW,* this *The 26th of February, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 42 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1)  **On or before April 14, 2025**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2)  This *Motion* is scheduled for hearing on **April 24, 2025 at 02:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

   (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be **required** to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10187-JCM |
| Glorice Jean Knight | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 26, 2025 | Form ID: 300b | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glorice Jean Knight, 407 Vermont Avenue, Erie, PA 16505-2335 |
| 15212326 | + | Gerald J. Villella, Esquire, 900 State Street, Suite 310, Erie, PA 16501-1427 |
| 15212327 | + | Joseph Dudzinski, 3100 Connecticut Avenue, Washington, DC 20008-5148 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15212324 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 27 2025 00:36:00 | Bayview Loan Servicing LLC, 4425 Ponce DeLeon, 5th Floor, Coral Gables, FL 33146-1837 |
| 15218103 | | Email/Text: G06041@att.com | Feb 27 2025 00:54:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15212328 | ^ | MEBN | Feb 27 2025 00:20:01 | KML Law Group PC, Suite 5000, BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15239830 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2025 02:01:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15212330 | | Email/Text: camanagement@mtb.com | Feb 27 2025 00:37:00 | M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 15212329 | | Email/Text: camanagement@mtb.com | Feb 27 2025 00:37:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 15212331 | | Email/Text: camanagement@mtb.com | Feb 27 2025 00:37:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 15241319 | | Email/Text: camanagement@mtb.com | Feb 27 2025 00:37:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15236444 | | Email/Text: BNCnotices@dcmservices.com | Feb 27 2025 00:37:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15236421 | | Email/Text: BNCnotices@dcmservices.com | Feb 27 2025 00:37:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15212332 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 27 2025 00:36:00 | Verizon, 500 Technology Drive, Weldon Springs, MO 63304-2225 |
| 15237986 | | Email/PDF: ebn_ais@aisinfo.com | Feb 27 2025 02:54:34 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 12

# BYPASSED RECIPIENTS

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: 300b | Total Noticed: 15 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15212325 | ##+ | Enhanced Recovery Company, P.O. Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com |
| Michael S. Jan Janin | on behalf of Debtor Glorice Jean Knight mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4