# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    GLORICE JEAN KNIGHT

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:20-10187

Chapter 13

Related Document No. 42

## ORDER OF COURT

AND NOW, this \_\_\_15th\_\_\_ day of \_\_\_April\_\_\_, 20 25, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

John C. Melaragno, Judge  dak
United States Bankruptcy Court
SIGNED
4/15/25 12:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-10187-JCM

Glorice Jean Knight     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 2
Date Rcvd: Apr 15, 2025     Form ID: pdf900     Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glorice Jean Knight, 407 Vermont Avenue, Erie, PA 16505-2335 |
| 15212326 | + | Gerald J. Villella, Esquire, 900 State Street, Suite 310, Erie, PA 16501-1427 |
| 15212327 | + | Joseph Dudzinski, 3100 Connecticut Avenue, Washington, DC 20008-5148 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15212324 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 16 2025 01:27:00 | Bayview Loan Servicing LLC, 4425 Ponce DeLeon, 5th Floor, Coral Gables, FL 33146-1837 |
| 15218103 | | Email/Text: G06041@att.com | Apr 16 2025 01:28:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15212328 | ^ | MEBN | Apr 16 2025 01:24:31 | KML Law Group PC, Suite 5000, BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15239830 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2025 01:36:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15212330 | | Email/Text: camanagement@mtb.com | Apr 16 2025 01:27:00 | M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 15212329 | | Email/Text: camanagement@mtb.com | Apr 16 2025 01:27:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 15212331 | | Email/Text: camanagement@mtb.com | Apr 16 2025 01:27:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 15241319 | | Email/Text: camanagement@mtb.com | Apr 16 2025 01:27:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15236444 | | Email/Text: BNCnotices@dcmservices.com | Apr 16 2025 01:27:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15236421 | | Email/Text: BNCnotices@dcmservices.com | Apr 16 2025 01:27:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15212332 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 16 2025 01:27:00 | Verizon, 500 Technology Drive, Weldon Springs, MO 63304-2225 |
| 15237986 | | Email/PDF: ebn_ais@aisinfo.com | Apr 16 2025 01:36:11 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 12

# BYPASSED RECIPIENTS

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: pdf900 | Total Noticed: 15 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15212325 | ##+ | Enhanced Recovery Company, P.O. Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:**

**Name**          **Email Address**

Denise Carlon
on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com

Michael S. Jan Janin
on behalf of Debtor Glorice Jean Knight mjanjanin@quinnfirm.com
slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 4